| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| JOHNNY JACKSON, | § |
| Plaintiff, | § |
| versus | § CIVIL ACTION NO. 1:16-CV-308 |
| UNITED STATES ATTORNEY, NORTHERN DISTRICT OF ILLINOIS | § |
| Defendant. | § |

**MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Johnny Jackson, a prisoner currently confined at the United States Penitentiary in Atwater, California, filed this civil action pursuant to the Freedom of Information Act.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying plaintiff's motion for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, plaintiff's objections (#23) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#21) is **ADOPTED**. Plaintiff's motion for default judgment (#20) is **DENIED**.

SIGNED at Beaumont, Texas, this 20th day of March, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE